JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLLER SAMUEL,<br><br>        Petitioner,<br><br>v.<br><br>THE WARDEN,<br><br>        Respondent. | CASE NO. 2:20-cv-04549-PSG (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 5/27/2020

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE